[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

————————————————

No. 16-13604
Non-Argument Calendar

————————————————

D.C. Docket No. 8:13-cr-00035-SDM-EAJ-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

WENDELL CARSON, III,

Defendant-Appellant.

————————————————

Appeal from the United States District Court
for the Middle District of Florida

————————————————

(February 24, 2017)

Before HULL, WILSON and JULIE CARNES, Circuit Judges.

PER CURIAM:

Donna Lee Elm, appointed counsel for Wendell Carson, III, in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Carson's revocation of supervised release and sentence are **AFFIRMED**.